Submitted on record and briefs September 1, reversed and remanded with
instructions September 27, 1995

COREY WEIDNER,
*Appellant,*

*v.*

Carlton ZENON,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(94C11623; CA A84511)

902 P2d 138

David W. Knofler, Multnomah Defenders, Inc., filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Liana Gioia Ramfjord, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for entry of judgment stating reasons for denying petition for writ of habeas corpus. ORS 34.370(3); *Gomez v. Maass*, 120 Or App 577, 853 P2d 846 (1993); *Troxel v. Maass*, 120 Or App 397, 853 P2d 294 (1993).